UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )                    BK No.:   12-48664
Jaime Michael Bosshart,                   )
                                          )
                                          )                    Chapter: 13
                                          )
                                          )                    Honorable Bruce W. Black
                                          )
                                          )                    Joliet
            Debtor(s)                     )

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This cause coming to be heard upon the Motion for Relief from Automatic Stay filed by PNC Bank, National Association, (hereinafter "Movant") due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay against Movant be and the same is modified pursuant to Section 362(d) of the United States Bankruptcy Code and Movant shall have the right to proceed with any and all proceedings in connection with the real estate located at 500 South Susan Street, Romeoville, Illinois 60446 (Real Estate).

IT IS FURTHER ORDERED that Movant is hereby granted leave to file an unsecured Proof of Claim for the deficiency balance, if any, resulting from the sale of the Real Estate and such Proof of Claim shall be deemed timely filed *within 60 days after the entry of the Order Confirming the Sale.*

IT IS FURTHER ORDERED that the 14 day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

Enter:

*Bruce W. Black*

United States Bankruptcy Judge

Dated:          15 FEB 2013

**Prepared by:**

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Heather M. Giannino (ARDC #6299848)
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719

Rev: 20101118_bko